FILED: March 16, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1302
(1:18-cv-01836-CCB)
_____

IRENA J. BANKS

       Plaintiff - Appellant

v.

BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY

       Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:18-cv-01836-CCB |
| Date notice of appeal filed in originating court: | 03/12/2020 |
| Appellant(s) | Irena Banks |
| Appellate Case Number | 20-1302 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |